```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARLON COBAR
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       ) CASE NO. 1:02-mj-2079
                                    )
12              Plaintiff,          )
                                    )
13       v.                         ) GOVERNMENT'S MOTION
                                    ) TO DISMISS COMPLAINT AND
14  PEDRO DAVILA,                   ) TO RECALL WARRANT
                                    ) AND ORDER
15              Defendant.          )
    _____)
16
```

17      The United States of America, by and through its attorneys,

18 McGREGOR W. SCOTT , United States Attorney, and KATHLEEN A.

19 SERVATIUS, Assistant United States Attorney, hereby request that

20 the Court dismiss the Complaint as to PEDRO DAVILA in the interest

21 of justice and for the recall of any warrant.

22 DATED: May 18, 2005                    Respectfully submitted,

23                                        McGREGOR W. SCOTT
                                          United States Attorney
24
                                          By   /s/ Marlon Cobar
25                                             Marlon Cobar
                                          Assistant U.S. Attorney
26

27

28

                                1

<u>O R D E R</u>

Having read and considered the foregoing, the Court grants the government's motion to dismiss the complaint in this matter and for the recall of any warrant.

IT IS SO ORDERED.

**Dated:   May 20, 2005**                              **/s/ Anthony W. Ishii**
0m8i78                                                     UNITED STATES DISTRICT JUDGE

2